UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 08mj0893 |
| | ) |
| v. | ) |
| | ) |
| HERBERTH MORALES-SOSA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Notice of

Appearance has been electronically served this day upon:


United States Attorney's Office
880 Front Street
San Diego, CA  92101



Dated:  April 2, 2008                          _/s/  John  C.  Ellis, Jr._
                                               JOHN C. ELLIS, JR.
                                               Federal Defenders
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               john_ellis@fd.org